UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**DAVID ROBERT BOUTOT**<br>**TAMMY LEE BOUTOT,**<br><br>Debtors | Chapter 7<br><br>Case No. 15-20691 |

### SCHEDULE OF ALL PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT OF THE CHAPTER 13 TRUSTEE WHICH WAS ACQUIRED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE THIS CONVERSION ORDER

2006 Nissan Xterra (paid $4,500.00)    Value: $1,986.00 (per Edmunds.com)

---

Personal Injury Case (car accident; husband rear ended on December 1, 2017)
Represented by:
Law Offices of Joe Bornstein
5 Moulton Street, 6th Floor
P.O. Box 4686
Portland, ME  04112-4686


Dated:  May 1, 2019               **DAVID ROBERT BOUTOT**
                                  **TAMMY LEE BOUTOT**


                                  By: */s/Jennifer G. Hayden*
                                      Jennifer G. Hayden, Esq.
                                      Counsel for Debtors
                                      Molleur Law Office
                                      419 Alfred Street
                                      Biddeford, Maine 04005-3747
                                      207-283-3777
                                      jen@molleurlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**DAVID ROBERT BOUTOT**
**TAMMY LEE BOUTOT,**

Debtors

Chapter 7

Case No. 15-20691

**SCHEDULE OF EXECUTORY CONTRACTS ENTERED INTO OR ASSUMED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE THE ENTRY OF THIS CONVERSION ORDER**

<u>Personal Injury Case</u>
Law Offices of Joe Bornstein
5 Moulton Street, 6th Floor
P.O. Box 4686
Portland, ME  04112-4686

Dated:  May 1, 2019

DAVID ROBERT BOUTOT
TAMMY LEE BOUTOT

By: /s/Jennifer G. Hayden
  Jennifer G. Hayden, Esq.
  Counsel for Debtors
  Molleur Law Office
  419 Alfred Street
  Biddeford, Maine 04005-3747
  207-283-3777
  jen@molleurlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**DAVID ROBERT BOUTOT**
**TAMMY LEE BOUTOT,**

Debtors

Chapter 7

Case No. 15-20691

**SCHEDULE OF ALL UNPAID DEBTS INCURRED
AFTER THE COMMENCEMENT OF THE
CHAPTER 13 CASE BUT PRIOR TO CONVERSION**

Stephen's Memorial
181 Main St.
Norway, ME 04268

Amount: $6,076.00

Additional Notice:
Maine Health
301C US Route One
Scarborough, ME 04074-9701

Spectrum Medical Group
690 Minot Avenue, Suite 1
Auburn, ME 04210-3922

Amount: $7,547.11

Maine Medical Partners
Neuro Spine SP
49 Spring Street
Scarborough, ME 04074

Amount $364.00

Central Maine Family
PO Box 4100
Lewiston, ME 04243-4100

Amount: $119.40

Maine Health
PO Box 16021
Lewiston, ME 04243

Amount: $991.00

Additional Notice:
Marcam Associates
36 Industrial Way
Rochester, NH 03866-0060

**DAVID ROBERT BOUTOT**
**TAMMY LEE BOUTOT**

Dated: May 1, 2019            By: */s/Jennifer G. Hayden*
                                              Jennifer G. Hayden, Esq.
                                              Counsel for Debtors
                                              Molleur Law Office
                                              419 Alfred Street
                                              Biddeford, Maine 04005-3747
                                              207-283-3777
                                              jen@molleurlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**DAVID ROBERT BOUTOT**
**TAMMY LEE BOUTOT,**

Debtors

Chapter 7

Case No. 15-20691

## VERIFICATION OF SUPPLEMENTAL CREDITOR MATRIX

I hereby certify that the attached supplemental creditor matrix, consisting of one (1) page, includes the names and addresses of all creditor on the Conversion Schedules.

Dated: May 1 2019

DAVID ROBERT BOUTOT
TAMMY LEE BOUTOT

By: */s/Jennifer G. Hayden*
Jennifer G. Hayden, Esq.
Counsel for Debtors
Molleur Law Office
419 Alfred Street
Biddeford, Maine 04005-3747
207-283-3777
jen@molleurlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**DAVID ROBERT BOUTOT**
**TAMMY LEE BOUTOT,**

Debtors

Chapter 7

Case No. 15-20691

## STATEMENT OF INTENTION

1. We, David Robert Boutot and Tammy Lee Boutot, filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

| | | |
|---|---|---|
| a. | *Property to be Retained* | Creditor's Name |
| | 8 High Street<br>Buckfield, ME | CUSO Mortgage Company |
| b. | *Property to be Surrendered* | Creditor's Name |
| | NONE | |

3. We understand that Section 521(2) (B) of the Bankruptcy Code requires that we perform the above stated intention within 45 days of the filing of this statement with the Court, or within such additional time as the Court, for cause, within such 45-day period fixed.

DAVID ROBERT BOUTOT

Dated: April 29, 2019      /s/ *David Robert Boutot*      .
                                              DAVID ROBERT BOUTOT, Debtor

                                              TAMMY LEE BOUTOT

Dated: April 29, 2019      /s/ *Tammy Lee Boutot*      .
                                              TAMMY LEE BOUTOT, Debtor

Fill in this information to identify your case:

Debtor 1: David Robert Boutot

Debtor 2 (Spouse, if filing): Tammy Lee Boutot

United States Bankruptcy Court for the: DISTRICT OF MAINE

Case number (If known): 15-20691

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Carpenter | General Manager |
| Employer's name | Self | Worship Radio Network |
| Employer's address | | |
| How long employed there? | 30+ years | 7 months |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 2,253.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ 2,253.00 |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1  David Robert Boutot
Debtor 2  Tammy Lee Boutot                                                     Case number (if known)  15-20691

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 0.00 | $ 2,253.00 |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 474.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 474.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 1,779.00 |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,456.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,456.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,456.00 + $ 1,779.00 = | $ 3,235.00 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: |  | 11. +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | 12. |  | $ 3,235.00 Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
   ■ No.
   ☐ Yes. Explain:

Official Form 106I                          Schedule I: Your Income                          page 2

Fill in this information to identify your case:

Debtor 1: **David Robert Boutot**

Debtor 2: **Tammy Lee Boutot**
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF MAINE

Case number: 15-20691
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   - ☐ No. Go to line 2.
   - ■ Yes. Does Debtor 2 live in a separate household?
     - ■ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?     ☐ No
   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent.......

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Mother | 89 | ☐ No  ■ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 742.00

   If not included in line 4:
   - 4a. Real estate taxes    4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   - 4c. Home maintenance, repair, and upkeep expenses    4c. $ 50.00
   - 4d. Homeowner's association or condominium dues    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Official Form 106J            Schedule J: Your Expenses            page 1

Debtor 1  **David Robert Boutot**
Debtor 2  **Tammy Lee Boutot**                                    Case number (if known)  **15-20691**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 404.00
   - 6b. Water, sewer, garbage collection — 6b. $ 54.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 103.00
   - 6d. Other. Specify: ____ — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 600.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 0.00
10. **Personal care products and services** — 10. $ 10.00
11. **Medical and dental expenses** — 11. $ 20.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 500.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 500.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 166.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 56.00
    - 15d. Other insurance. Specify: ____ — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: ____ — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: ____ — 17c. $ 0.00
    - 17d. Other. Specify: ____ — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: ____ — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: **Pet expenses** — 21. +$ 30.00
22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 3,235.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,235.00
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 3,235.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,235.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 0.00
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.   Explain here: ____

Official Form 106J                           Schedule J: Your Expenses                           page 2

# United States Bankruptcy Court
## District of Maine

In re: **David Robert Boutot / Tammy Lee Boutot**, Debtor(s)

Case No. **15-20691**
Chapter **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ 54,242.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ 2,000.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Net Employee Payroll (Other Than Debtor) $ 0.00
4. Payroll Taxes 0.00
5. Unemployment Taxes 0.00
6. Worker's Compensation 0.00
7. Other Taxes 16.00
8. Inventory Purchases (Including raw materials) 16.00
9. Purchase of Feed/Fertilizer/Seed/Spray 0.00
10. Rent (Other than debtor's principal residence) 0.00
11. Utilities 50.00
12. Office Expenses and Supplies 0.00
13. Repairs and Maintenance 0.00
14. Vehicle Expenses 350.00
15. Travel and Entertainment 0.00
16. Equipment Rental and Leases 0.00
17. Legal/Accounting/Other Professional Fees 0.00
18. Insurance 112.00
19. Employee Benefits (e.g., pension, medical, etc.) 0.00
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

22. Total Monthly Expenses (Add items 3-21) $ 544.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ 1,456.00

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | David Robert Boutot |
| Debtor 2 (Spouse, if filing) | Tammy Lee Boutot |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (if known) | 15-20691 |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 7,414.82 | | |
| Ordinary and necessary operating expenses | -$ 3,100.00 | | |
| Net monthly income from a business, profession, or farm | $ 4,314.82 | Copy here -> $ 4,314.82 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|---|

Debtor 1  **David Robert Boutot**
Debtor 2  **Tammy Lee Boutot**

Case number (*if known*)  15-20691

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ 0.00 |

| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ 0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| Housing allowance | $ 0.00 | $ 433.33 |
|  | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 4,314.82  +  $ 433.33  =  $ 4,748.15

Total current monthly income

### Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.      Copy line 11 here=>   $ 4,748.15

Multiply by 12 (the number of months in a year)   x 12

12b. The result is your annual income for this part of the form      12b. $ 56,977.80

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   ME

Fill in the number of people in your household.   3

Fill in the median family income for your state and size of household.   13. $ 62,525.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

### Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ David Robert Boutot**            X  **/s/ Tammy Lee Boutot**
**David Robert Boutot**                    **Tammy Lee Boutot**
Signature of Debtor 1                     Signature of Debtor 2

Date  **April 29, 2019**                  Date  **April 29, 2019**
MM / DD / YYYY                            MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

B6C (Official Form 6C) (4/13)

In re  David Robert Boutot,
Tammy Lee Boutot

Case No. __15-20691__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account located at Northeast Bank | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous items with no one item valued over $400.00 | Me. Rev. Stat. Ann. tit. 14, § 4422(3) | 4,000.00 | 4,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous items with no one item valued over $400.00 | Me. Rev. Stat. Ann. tit. 14, § 4422(3) | 100.00 | 100.00 |
| **Wearing Apparel** | | | |
| Miscellaneous wearing apparel with no one item valued over $400.00 | Me. Rev. Stat. Ann. tit. 14, § 4422(3) | 400.00 | 400.00 |
| **Furs and Jewelry** | | | |
| Engagement and wedding rings | Me. Rev. Stat. Ann. tit. 14, § 4422(4) | 1,000.00 | 1,000.00 |
| Miscellaneous costume jewelry | Me. Rev. Stat. Ann. tit. 14, § 4422(4) | 500.00 | 500.00 |
| Miscellaneous items | Me. Rev. Stat. Ann. tit. 14, § 4422(4) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| .22 rifle | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 50.00 | 50.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Personal injury case | Me. Rev. Stat. Ann. tit. 14, § 4422(14)(D) | 12,500.00 | Unknown |
|  | Me. Rev. Stat. Ann. tit. 14, § 4422(16) 6 | 6,000.00 | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Dodge Ram 2500 153,000 miles | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 150.00 | 7,882.00 |
| 2005 Saab 93 155,000 miles | Me. Rev. Stat. Ann. tit. 14, § 4422(2) | 5,000.00 | 2,300.00 |
| 2002 Chevrolet Express 145,000 miles | Me. Rev. Stat. Ann. tit. 14, § 4422(2) | 2,000.00 | 2,000.00 |
| 1987 Ford RV 90,000 miles | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 500.00 | 500.00 |
| 2 cargo trailers | Me. Rev. Stat. Ann. tit. 14, § 4422(5) | 800.00 | 800.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| table saw, chop saw, compressor, and other miscellaneous power and hand tools | Me. Rev. Stat. Ann. tit. 14, § 4422(5) | 4,500.00 | 4,500.00 |
| | Total: | 37,700.00 | 24,232.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**DAVID ROBERT BOUTOT**<br>**TAMMY LEE BOUTOT,**<br><br>Debtors | Chapter 7<br><br>Case No. 15-20691 |

**DEBTORS' OATH OR VERIFICATION**

The Debtors in the above-referenced case hereby declares under penalty of perjury that the information set forth in the Amended Schedules C, I, J, Amended Business Income and Expenses, and Amended Means Test attached hereto consisting of 8 pages is true and correct to the best of my knowledge and belief.


Dated: April 29, 2019                     /s/ *David Robert Boutot*            .
                                          DAVID ROBERT BOUTOT, Debtor


Dated: April 29, 2019                     /s/ *Tammy Lee Boutot*               .
                                          TAMMY LEE BOUTOT, Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**DAVID ROBERT BOUTOT**
**TAMMY LEE BOUTOT,**

Debtors

Chapter 7

Case No. 15-20691

## CERTIFICATE OF SERVICE

I, Melissa A. Bourque, hereby certify that I am over eighteen years old and caused a true and correct copy of Conversion Schedules and Statements, with Notice of Filing, to be served on the parties at the addresses set forth on the Service List attached hereto either electronically on May 1, 2019, or via first class U.S. Mail, postage prepaid, on May 1, 2019.

Dated: May 1, 2019

DAVID ROBERT BOUTOT
TAMMY LEE BOUTOT

By: */s/ Melissa A. Bourque*
Melissa A. Bourque
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
melissa@molleurlaw.com

## SERVICE LIST

**Served electronically:**

Office of U.S. Trustee
Chapter 7 Trustee
All parties on Court ECF mailing list


**Served via U.S. Mail:**

David Robert Boutot
Tammy Lee Boutot
8 High Street
Buckfield, ME  04220

Stephen's Memorial
181 Main St.
Norway, ME 04268

Maine Health
301C US Route One
Scarborough, ME 04074-9701

Spectrum Medical Group
690 Minot Avenue, Suite 1
Auburn, ME 04210-3922

Maine Medical Partners
Neuro Spine SP
49 Spring Street
Scarborough, ME 04074

Central Maine Family
PO Box 4100
Lewiston, ME 04243-4100

Maine Health
PO Box 16021
Lewiston, ME 04243

Marcam Associates
36 Industrial Way
Rochester, NH 03866-0060

Stephen's Memorial
181 Main St.
Norway, ME 04268

Maine Health
301C US Route One
Scarborough, ME 04074-9701

Spectrum Medical Group
690 Minot Avenue, Suite 1
Auburn, ME 04210-3922

Maine Medical Partners
Neuro Spine SP
49 Spring Street
Scarborough, ME 04074

Central Maine Family
PO Box 4100
Lewiston, ME 04243-4100

Maine Health
PO Box 16021
Lewiston, ME 04243

Marcam Associates
36 Industrial Way
Rochester, NH 03866-0060